**FILED**

2005 AUG 15  P 12: 49

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. CR77 [JCH] |
| VS. | : | |
| LAWRENCE VELEZ | : | AUGUST 12, 2005 |

## MOTION FOR RETURN OF BOND

The defendant in the above-entitled action hereby requests the Court release all mortgage deeds filed with the Court concerning this matter. Said case has been disposed of for several years and the defendant has been sentenced to Federal Prison.

THE DEFENDANT,

BY _____
FRANK ANTOLLINO, His Attorney
ANTOLLINO, ANGELO & SCALESSE, LLC
500 East Main Street, Suite 334
Branford, Connecticut 06405
[203] 483-3100
Federal Bar No. CT10475

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 12th day of August, 2005, to:

Peter Markle, Esq.
U.S. Attorneys Office
157 Church Street
New Haven, Connecticut 06510

Victoria Minor – Chief Deputy Clerk
United States District Court
141 Church Street
New Haven, Connecticut 06510

William F. Dow, III, Esq.
350 Orange Street
New Haven, Connecticut 06510

_____
**FRANK ANTOLLINO**