# UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

**KEVIN F. ROWE**
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

**VICTORIA C. MINOR**
CHIEF DEPUTY CLERK

**CHRYSTINE CODY**
DEPUTY-IN-CHARGE
BRIDGEPORT

October 17, 2005

Frank E. Antollino
Antollino, Angelo & Scalesse
500 East Main St., Suite 334
Branford, CT 06405

Re:  3:00cr77-2(JCH)
     USA v. Lawrence Velez

Dear Counselor:

Pursuant to the Order of the Court entered on August 24, 2005, I am returning the Mortgage Deed Papers to you of the following properties in the above identified case:

Property located at 24-26 Market Street, New Haven, CT
Property located at 167-169 English Street, New Haven CT
Property located at 47 Rockwood Avenue, Ansonia, CT

Kindly acknowledge receipt by signing and returning a copy of this letter in the enclosed self-addressed envelope.

Kevin F. Rowe, Clerk

By  **Yelena Gutierrez**
Deputy Clerk

cc: AUSA

RECEIPT ACKNOWLEDGED: [signature: Frank Antollino]
DATE: 10-19-05