UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.                                                          CRIMINAL ACTION NO.

LAWRENCE VELEZ                                              3:00CR00077  (JCH)
     Defendant.

MARCH 25, 2008

**ORDER TO SHOW CAUSE**

    The Defendant hereby ORDERED to SHOW CAUSE by April 8, 2008, why the defendant's sentence should not be given a sentence of 120 months, on Count one pursuant to 18 U.S.C. § 3562(c)(2) and (994(u), as well as Amendment 706 to the U.S.S. Guidelines.

    Counsel are directed to confer before April 8 2008, and if the government and the defendant are in agreement, to report such to the court by April 8, 2008.

**SO ORDERED.**

    Dated at Bridgeport, Connecticut this 25th day of March, 2008.

                                           /s/ Janet C. Hall
                                         Janet C. Hall
                                         United States District Court