UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.                                                    CRIMINAL ACTION NO.

LAWRENCE VELEZ                                        3:00CR00077  (JCH)
      Defendant.

MARCH 28, 2008

## AMENDED ORDER TO SHOW CAUSE

The Defendant is hereby ORDERED to SHOW CAUSE by April 8, 2008, why the defendant's sentence should not be given a sentence of 120 months, on Count One pursuant to 18 U.S.C. § 3562(c)(2) and (994(u), as well as Amendment 706 to the U.S.S. Guidelines.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 28th day of March, 2008.

      /s/ Janet C. Hall
      Janet C. Hall
      United States District Court