UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 3:00CR00077(JCH) |
| | : | |
| v. | : | |
| | : | |
| LAWRENCE VELEZ | : | April 1, 2008 |

## MOTION FOR EXTENSION OF TIME

The defendant, Lawrence Velez, hereby requests an extension of time within which to file a response to the Court's Amended Order To Show Cause, dated March 28, 2008, regarding the possible reduction of the defendant's sentence pursuant to 18 U.S.C. § 3582(c)(2) from the current deadline of April 8, 2008, to April 21, 2008.

Undersigned counsel is attempting to contact Mr. Velez and obtain authorization to proceed on his behalf in connection with this matter. Mr. Velez is currently incarcerated at the Brooklyn Metropolitan Detention Center, and counsel is able to communicate with him only by mail. Undersigned counsel has not previously represented Mr. Velez, and requires time to discuss the Government's recommendation with Mr. Velez and to file an appropriate response.

Respectfully submitted,

The Defendant,
Damon Graham

Thomas G. Dennis
Federal Defender

Dated: April 1, 2008         _____/s/_____
Sarah A. L. Merriam
Assistant Federal Defender
265 Church Street, Suite 702
New Haven, CT  06510
Bar No. ct25379
Phone: 203-498-4200
Fax: 203-498-4207
Email: sarah_merriam@fd.org

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on April 1, 2008, a copy of the foregoing motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                              /s/
                                   Sarah A. L. Merriam