## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 3:00CR00077(JCH) |
| | : | |
| v. | : | |
| | : | |
| LAWRENCE VALEZ | : | April 17, 2008 |

### MOTION TO AMEND JUDGMENT

The defendant, Lawrence Valez, hereby requests that the Court enter an amended judgment in his case, pursuant to 18 U.S.C. § 3582(c)(2), reducing his sentence of incarceration from 121 months to 120 months.

The United States Probation Office has filed an addendum to the Pre-Sentence Report indicating that Mr. Valez is entitled to a reduction in his sentence under the amendments to the Sentencing Guidelines applicable to crack cocaine offenses. Mr. Valez was sentenced at an adjusted offense level of 31; under the amended Guidelines, his new offense level would be 29. At Criminal History Category II, the amended Guidelines range would be 97 to 121 months. However, a statutory mandatory minimum term of 120 months applies in this case. Accordingly, the Court may reduce Mr. Valez's sentence only to 120 months.

The Government has filed a memorandum with the Court, agreeing that Mr. Valez is entitled to a reduction in his sentence to 120 months. No information has been brought to the attention of undersigned counsel, and nothing appears in the documents filed with the Court, which would suggest that the Court should not reduce Mr. Valez's sentence.

Accordingly, in light of the recent amendments to the crack cocaine guidelines, and in reliance on the addendum dated March 24, 2008, to the Pre-Sentence Report in this case, the defendant respectfully requests that the Court enter an order reducing his sentence of incarceration from 121 months to 120 months.

Respectfully submitted,

The Defendant,
Lawrence Valez

Thomas G. Dennis
Federal Defender

Dated: April 17, 2008            _____/s/_____
Sarah A. L. Merriam
Assistant Federal Defender
265 Church Street, Suite 702
New Haven, CT  06510
Bar No. ct25379
Phone: 203-498-4200
Fax: 203-498-4207
Email: sarah_merriam@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 17, 2008, a copy of the foregoing motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

              _____/s/_____
                     Sarah A. L. Merriam