≋AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

_____ District of Connecticut

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| LAWRENCE VELEZ ) | Case No: 3:00CR00077(JCH) |
| ) | USM No: 13842-014 |
| Date of Previous Judgment: 7/23/01 ) | Sarah A. L. Merriam |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ■ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has

**IT IS ORDERED** that the motion is:
☐ DENIED.   ■ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __121__ months **is reduced to** __120 months__ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:     31           Amended Offense Level:     29
Criminal History Category:  II           Criminal History Category: II
Previous Guideline Range: 121 to 151 months   Amended Guideline Range: 120 to 121 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
■ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated __7/23/01__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date:    April 23, 2008              /S/ Janet C. Hall
                                           Judge's signature

Effective Date: April 23, 2008             Janet C. Hall, United States District Judge
                (if different from order date)    Printed name and title